**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-6697

DALE DEAN GOINS,

Plaintiff - Appellant,

v.

RANDY D. TAYLOR; IRENE DEEL; BILLY I. SPARKS; SHERIFF OWENS;
BRYAN HUFF,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at
Roanoke.  James P. Jones, Senior District Judge.  (7:20-cv-00656-JPJ-PMS)

Submitted:  November 23, 2021                       Decided:  November 30, 2021

Before NIEMEYER, FLOYD, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dale Dean Goins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dale Dean Goins, a Georgia inmate, appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Goins v. Taylor*, No. 7:20-cv-00656-JPJ-PMS (W.D. Va. Apr. 15, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*